UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CLODILE ROMERO, JR.**                                             **CIVIL ACTION**

**VERSUS**                                                                          **No. 04-2312**

**US UNWIRED, INC., ET AL.**                                       **SECTION I/5**

## ORDER AND FINAL JUDGMENT

On January 14, 2011, the Court held a hearing on lead plaintiff's motion for final approval of the settlement and on lead counsel's motion for attorneys' fees and costs. At the conclusion of such hearing, the Court **ORDERED** that the motion for final approval of the settlement be **GRANTED** and that lead counsel's motion for attorney's fees and costs be **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Court awarded lead counsel $357,674.03 in expenses and awarded lead counsel a total fee of $1,681,618.67, or 18% of the settlement fund after expenses are deducted. The Court **FURTHER ORDERED** that, based on the agreement of the parties, the interest on the amounts set forth in the settlement agreement be paid by defendants. The Court **FURTHER ORDERED** that lead plaintiff be awarded $4,000.

Having certified the class for settlement purposes, having approved the notice and dissemination of notice, having approved the plan of allocation, having awarded attorneys' fees and costs, and having found the settlement, including the plan of allocation, to be fair, reasonable, and adequate and in the bests interests of the class, the Court hereby **ORDERS, ADJUDGES, and DECREES** that this matter is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, January   31st  , 2011.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

1